Certiorari dismissed, June 7, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-8178**

———————————

In Re:  KENNETH EDWARD BARBOUR,

                    Appellant.

----------------------------

CHRISTOPHER GEORGE WASHINGTON,

                    Petitioner,

         v.

WALLENS RIDGE STATE PRISON,

                    Respondent – Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Tommy E. Miller, Magistrate
Judge.  (2:09-cv-00560-HCM-TEM)

———————————

Submitted:  March 16, 2010          Decided:  March 24, 2010

———————————

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Kenneth Edward Barbour, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Barbour, a three-striker under the Prison Litigation Reform Act, 28 U.S.C. § 1915 (2006), who filed a 28 U.S.C. § 2254 (2006) petition on behalf of a fellow prisoner, seeks to appeal the district court's order providing him with notice that signing pleadings on behalf of another may be considered the unlicensed practice of law, and advising the fellow prisoner that if he desires to file a § 2254 petition he must do so personally or through counsel and sign the petition under penalty of perjury. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Barbour seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis, deny Barbour's motion to expedite a decision in this appeal, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED